# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| Schroeder Western Investments, LLC ) | |
| ) | |
| Plaintiff, ) | CASE NO. 13-cv-50326 |
| v. ) | |
| ) | Judge Frederick Kapala |
| Bakken Holding & Investment, LLC, Todd ) | |
| Harris, Karl Troestler, Dave Kassera, Stacy ) | |
| Hinkle and Goliath Holdings and Investment,) | Magistrate Judge P. Michael Mahoney |
| LLC, Kim Harris, Vladimar Ocanas, Dean ) | |
| Harris, Ed Parker, Steve Quick, Goliath ) | Trial by Jury Demanded |
| Industries, LLC ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL UNDER
## FED. R. CIV. P. 41(a)(1)(A)(i)

Plaintiff, Schroeder Western Investments, LLC., under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the Second Amended Complaint (*see* Dkt. No. 29) against defendants Bakken Holding & Investment, LLC, Todd Harris, Karl Troestler, Dave Kassera, Stacy Hinkle and Goliath Holdings and Investment, LLC, Kim Harris, Vladimar Ocanas, Dean Harris, Ed Parker, Steve Quick, Goliath Industries, LLC (collectively, the "Defendants"), without prejudice.

The Defendants have filed neither an answer to the Complaint nor a motion for summary judgment as to the Complaint. Dismissal under Rule 41(a)(1)(A)(i) is therefore appropriate.

Dated: April 2, 2014.        Respectfully Submitted:

       SCHROEDER WESTERN INVESTMENTS, LLC,
       By: /s/ ROBERT T. HANLON

Robert T. Hanlon (6286331)
Law Offices of Robert T. Hanlon
14212 Washington #200
Woodstock, Illinois 60098
Telephone: (312) 622-7325